# THE SCHIANO LAW OFFICE
A PROFESSIONAL CORPORATION

Suite 315, Wilder Building • One East Main Street • Rochester, New York 14614
Telephone (585) 546-7150 • Fax (585) 546-3514

MICHAEL P. SCHIANO
CHRISTOPHER A. SCHIANO

OF COUNSEL
CHARLES A. SCHIANO, SR.

February 6, 2023

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street, Room 2330
Rochester, NY 14614

*Via Email: payson@nywd.uscourts.gov*

   RE: USA -vs- Thomas Loewke
      Docket No.: 6:23-04007M-001

Dear Judge Payson:

Enclosed please find Travel Request Authorization Form for Thomas Loewke. He is requesting to take a vacation with his wife and travel to Del Ray, FL from 2/16/2023 through 2/26/2023.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Michael P. Schiano

MPS:sjs

cc: Meghan McGuire, Esq.
   Assistant U.S. Attorney
   via email: meghan.mcguire@usdoj.gov

Considering the absence of objection from the government and Pretrial Services, this request is granted. Mr. Loewke must follow all directions of his supervising officer while he is out of the district. SO ORDERED.

Marian W. Payson
Marian W. Payson
U.S.M.J.
February 7, 2023