# THE SCHIANO LAW OFFICE
A PROFESSIONAL CORPORATION

Suite 315, Wilder Building • One East Main Street • Rochester, New York 14614
Telephone (585) 546-7150 • Fax (585) 546-3514

MICHAEL P. SCHIANO
CHRISTOPHER A. SCHIANO

OF COUNSEL
CHARLES A. SCHIANO, SR.

February 7, 2023

Hon. Marian W. Payson                                  *Via Email: payson@nywd.uscourts.gov*
United States District Court Magistrate
100 State Street
Rochester, NY 14614

      RE:    US vs. Thomas J. Loewke
             Case No.: 23-MJ-4007

Dear Judge Payson:

The above matter is scheduled before Your Honor on February 13, 2023, at 2:00 p.m. I am requesting that the matter be adjourned for three (3) weeks as we are working on a plea agreement. Mr. Loewke joins in my request for this adjournment. I do not believe that Meghan McGuire, AUSA, has any objection to the requested adjournment.

We move to exclude time in the interest of justice until the next court date as the parties work toward a resolution.

Thank you for your courtesies. If you have any questions, please contact me.

Very truly yours,

*/s/ Michael P. Schiano*
Michael P. Schiano

MPS:srt

cc:    Meghan McGuire, Esq. *(Via Email: meghan.mcguire@usdoj.gov)*
        Assistant United States Attorney